UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD BAILEY,

    Plaintiff,

v.                                                                                  Case No. 3:20cv5999-LC-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on April 28, 2021 (ECF No. 15), recommending dismissal based on Plaintiff's failure to state a claim upon which relief may be requested. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:20cv5999-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this order.

2. This case is DISMISSED pursuant to 28 U.S.C. §§ 1915A; 1915(e)(2)(B).

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 9th day of June 2021.

                 s/*L.A. Collier*
                 **LACEY A. COLLIER**
                 **SENIOR UNITED STATES DISTRICT JUDGE**